## ELDER v. THE STATE.

FISH, J. The evidence was sufficient to authorize the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. Little and Lewis, JJ., concurred. The other three Justices were absent.*

Submitted January 16, — Decided January 31, 1899.

Indictment for burglary. Before Judge Hart. Jones superior court. November 21, 1898.

*W. T. Davidson,* for plaintiff in error.

*H. G. Lewis, solicitor-general,* contra.

---

## FORD v. THE STATE.

FISH, J. The evidence authorized the verdict and there was no error in refusing to grant a new trial.

*Judgment affirmed. Little and Lewis, JJ., concurred. The other three Justices were absent.*

Argued January 16,— Decided January 31, 1899.

Indictment for extortion. Before Judge Ross. City court of Macon. November 23, 1898.

*J. W. Preston* and *M. H. Ayer,* for plaintiff in error.

*Robert Hodges, solicitor-general,* contra.